CATHERINE S. BLANTON, ADMINISTRATRIX OF THE ESTATE OF C. G. BLANTON, DECEASED, v. DOUBLE COLA BOTTLING COMPANY, INC., A CORPORATION.

(Filed 29 February, 1956.)

APPEAL by plaintiff from *Pless, J.,* September Term, 1955, RUTHERFORD.  Affirmed.

Civil action for wrongful death growing out of an automobile-truck collision.

Plaintiff's intestate, her husband, was operating his automobile when it collided with a truck being operated by an employee of defendant company.  Each party alleges that as the automobiles approached each other, going in opposite directions, the other failed to turn reasonably

to the right of his side of the road, and a head-on collision resulted. Plaintiff's intestate died as a result thereof. Issues of negligence and contributory negligence were submitted to the jury, and both were answered in the affirmative. From judgment on the verdict the plaintiff appealed.

*Ray S. Farris and James B. Ledford for plaintiff appellant.*

*J. Paul Head, J. Nat Hamrick, and Mullen, Holland & Cooke for defendant appellee.*

PER CURIAM. The trial in the court below was fairly and impartially conducted in substantial accord with the decisions of this Court. Appropriate issues were submitted to the jury and answered by it adversely to plaintiff. The record fails to disclose any exception of sufficient merit to require discussion. Hence the judgment entered must be

Affirmed.